IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD EARL DENTON,<br><br>Debtor. | Chapter 7<br><br>Case No. 06-02073-SSC<br><br>Adv. No. 06-ap-00922 |
| RONNA J. ROBERTSON,<br>Plaintiff,<br>v.<br>EDWARD EARL DENTON,<br>Defendant. | (Not for Publication- Electronic Docketing ONLY)<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED FEBRUARY 17, 2009 |

Based upon this Court's Memorandum Decision dated February 17, 2009 which is incorporated herein by reference:

The Court finds that the Plaintiff has failed to establish all of the elements of 11 U.S.C.§ 523 (a)(2)(A) and 523(a)(4). The evidence presented to this Court does not rise to the level of conduct which would result in a nondischargeable debt, in favor of the Plaintiff and against the Debtor, pursuant to Section 523(a)(2)(A) or Section 523(a)(4). Therefore,

IT IS ORDERED that any debt owed to the Plaintiff by the Debtor is discharged.

DATED this 17th day of February, 2009.

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1