1
2
3
4
5                     IN THE UNITED STATES BANKRUPTCY COURT

6                         FOR THE DISTRICT OF ARIZONA

7

8                                              | Chapter 7

9    EDWARD EARL DENTON,                       | Case No. 06-02073-SSC

10                                             | Adv. No. 06-ap-00922

11                             Debtor.

12   RONNA J. ROBERTSON,                       | (Not for Publication- Electronic Docketing
                                               | ONLY)
13                             Plaintiff,
                                               | AMENDED ORDER INCORPORATING
14   v.                                        | MEMORANDUM DECISION
                                               | DATED FEBRUARY 17, 2009
     EDWARD EARL DENTON,
15
                              Defendant.
16

17          Based upon this Court's Memorandum Decision dated February 17, 2009,

18   which is incorporated herein by reference, and this Court's Oder overruling, in part, and

19   sustaining, in part, the Plaintiff's Objection thereto:

20          The Court finds that the Plaintiff has failed to establish all of the elements of 11

21   U.S.C.§§ 523 (a)(2)(A) and 523(a)(4).  Under Ninth Circuit law, the evidence presented to this

22   Court does not rise to the level of conduct which would result in a nondischargeable debt, in

23   favor of the Plaintiff and against the Debtor, pursuant to Section 523(a)(2)(A) or Section

24   523(a)(4). The Court find that Mr. Denton, the Debtor, testified before this Court on March 18,

25   2008, September 9, 2008, and September 10, 2008. The caption of the Court's Memorandum

26   Decision is amended to reflect same.

27          IT IS ORDERED that the pre-petition debt which arose from Edward Earl

28   Denton's representation of the Plaintiff and Ms. Alexandra Robertson during the time period

                                              1

from late October 2000 to the end of January 2001 is discharged.

DATED this 24th day of March, 2009.

_Sarah Sharer Curley_

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

2